IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ASPEN NETWORKS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS<br><br>Defendant. | Civil Action No.  2:23-cv-00557-RWS |

## VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions that I have given you in the Court's Final Jury Instructions. Your answer(s) must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form. As used in this Verdict Form, the following terms have the following meanings:

- "Plaintiff" or "Aspen" refers to Plaintiff Aspen Networks, Inc.

- "Defendant" or "Verizon" refers to Cellco Partnership d/b/a Verizon Wireless

- The "Patent-in-Suit" refers to U.S. Patent No. 8,009,554.

**QUESTION NO. 1:**

Did Aspen prove by a preponderance of the evidence that Verizon directly infringes any of the following claims of the Patent-in-Suit?

For each claim, check "YES" in favor of Aspen or "NO" in favor of Verizon.

Claim 1      YES __✓__      NO _____

Claim 2      YES __✓__      NO _____

Claim 6      YES __✓__      NO _____

Claim 15     YES __✓__      NO _____

Claim 16     YES __✓__      NO _____

Claim 20     YES __✓__      NO _____

**QUESTION NO. 2:**

Did Verizon prove by clear and convincing evidence that any of the following claims of the Patent-in-Suit are invalid?

For each claim, check "YES" in favor of Verizon or "NO" in favor of Aspen.

| Claim 1 | YES _____ | NO ✓ |
| Claim 2 | YES _____ | NO ✓ |
| Claim 6 | YES _____ | NO ✓ |
| Claim 15 | YES _____ | NO ✓ |
| Claim 16 | YES _____ | NO ✓ |
| Claim 20 | YES _____ | NO ✓ |

If for any claim you answered YES in Question 1 and you find that the SAME infringed claim is valid (you answered NO to Question 2), then move on to the remaining questions. Otherwise, proceed to the Final Page and DO NOT answer any other question.

_____

**QUESTION NO. 3:**

What sum of money, if paid today in cash, has Aspen proven by a preponderance of the evidence would adequately compensate Aspen for Verizon's infringement?

Answer in dollars and cents.

$ 190,000,000.00

4

## FINAL PAGE OF THE JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom

Signed this ___ day of _June_ , 2026.


Jury Foreperson

5